1  WENDY MEDURA KRINCEK, Bar No. 6417
   wkrincek@littler.com
2  KELSEY E. STEGALL, ESQ., Bar No. 14279
   kstegall@littler.com
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada 89169.5937
5  Telephone:    702.862.8800
   Fax No.:      702.862.8811
6
7  Attorneys for Defendant
   AMAZON.COM SERVICES LLC
8
9                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
10

11
12  A. "A' JAY" THOMAS,                    Case No. 2:22-cv-00649-JAD-VCF

13           Plaintiff,                    **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**
14     v.
15  AMAZON.COM SERVICES, LLC, a Foreign
    Limited-Liability Company; DOES 1-X; ROE    ECF No. 15
16  CORPORATIONS I-X.

17           Defendants.

18
        Plaintiff A. "A' JAY" THOMAS and Defendant AMAZON.COM SERVICES LLC, by
19
   and through their respective counsel of record, hereby stipulate and respectfully request an order
20
   dismissing the entire action with prejudice.
21
        The parties agree that no party to this stipulation shall be deemed to be a prevailing party
22
   in this action and that no party will file for an award of attorneys' fees or costs pursuant to any
23
   rule, statute, or law, whether local, state, or federal, in any forum that would be available for the
24
   claims dismissed by this stipulation.
25
   / / /
26
   / / /
27
   / / /
28

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated:  September 30, 2022

Respectfully submitted,

*/s/ Jenny Foley, Esq.*
JENNY FOLEY, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

*Attorneys for Plaintiff*
A. "A' JAY" THOMAS

Dated: September 30, 2022

Respectfully submitted,

*/s/ Wendy M. Krincek, Esq.*
WENDY M. KRINCEK, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
AMAZON.COM SERVICES LLC

**ORDER**

Based on the parties' stipulation [ECF No. 15] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 3, 2022